AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SELYA, BRUCE M | UNITED STATES COURT OF APPEALS | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE - SENIOR STATUS | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 316 FEDERAL COURTHOUSE PROVIDENCE, RI 02903 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP < REAL ESTATE GENERAL PARTNERSHIP > |
| 2. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | SELYA PROPERTIES < REAL ESTATE GENERAL PARTNERSHIP > |
| 3. | JUDICIAL COUNCIL VICE CHAIRMAN | RI STATE - FEDERAL JUDICIAL COUNCIL |
| 4. | TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL < A NON-PROFIT CORPORATION > |
| 5. | TRUSTEE EMERITUS | BRYANT UNIVERSITY |
| 6. | DIRECTOR | LIFESPAN CORPORATION< NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS > |
| 7. | ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 8. | ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 9. | DIRECTOR | HOSPITAL ASSOCIATIONS OF RHODE ISLAND < A NON-PROFIT CORPORATION > |
| 10. | LIMITED PARTNER | POCASSET VILLAGE ASSOCIATES < REAL ESTATE LIMITED PARTNERSHIP > |
| 11. | DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 12. | ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 13. | EXECUTOR | ESTATE # 1 |
| 14. | EXECUTOR | ESTATE # 2 |

FINANCIAL DISCLOSURE OFFICE

2008 MAY 19 A 11: 08

RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW - ADJUNCT PROFESSOR | $ 25,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | STANFORD UNIVERSITY LAW SCHOOL KIRKWOOD MOOT COURT COMPETITION | APRIL 19 - APRIL 22 | STANFORD, CA | MOOT COURT COMPETITION | TRANSPORTATION, MEALS & LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | METROPOLITAN LIFE INSURANCE CO. | POLICY LOANS | J |
| 2. | MASS MUTUAL (FORMERLY - FRANKLIN LIFE INSURANCE CO.) | POLICY LOANS | J |
| 3. | AIG (FORMERLY - CONNECTICUT MUTUAL LIFE INS.) | POLICY LOANS | J |
| 4. | MUTUAL OF NEW YORK | POLICY LOANS | J |
| 5. | PHOENIX MUTUAL INSURANCE CO. | POLICY LOANS | J |
| 6. | BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 | | None | | | | | | | |
| 2. FRIENDSHIP REALTY 40% APARTMENT BUILDING LINCOLN, RI | E | Rent | N | W | | | | | |
| 3. MASSACHUSETTS INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 4. MAXCO, INC. COMMON STOCK (X) | A | Dividend | J | T | | | | | |
| 5. MET LIFE COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. ORBIS INC 1.9% COMMON STOCK | | None | J | W | | | | | |
| 7. PHOENIX COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. POCASSET VILLAGE ASSOC 2.5% APARTMENT BUILDING CRANSTON, RI | A | Rent | K | W | | | | | |
| 9. ROHM & HAAS COMMON STOCK | G | Dividend | P2 | T | PARTIAL SALE | 12-10 | O | G | |
| 10. SELYA PROPERTIES 50% CONDO PROVIDENCE, RI | C | Rent | M | W | | | | | |
| 11. SILVER RESOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 12. BROKERAGE ACCOUNT # 2 | | None | | | | | | | |
| 13. BANK OF AMERICA CHECK\SAV ACCT PROV RI | C | Interest | N | T | | | | | |
| 14. BANK OF AMERICA IRA CD\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 15. BANK OF RHODE ISLAND CHECK\SAV PROV RI | A | Interest | M | T | | | | | |
| 16. CAMBRIDGE SAVINGS BANK SAVINGS ACCT CAMBRIDGE MA | A | Interest | K | T | | | | | |
| 17. CITIZENS SAVINGS BANK SAVINGS ACCT PROV RI | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PHOENIX CHECKING WILMINGTON, DE | A | Interest | J | T | OPENED | 2-1 | K | | |
| 19. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | B | Dividend | K | T | | | | | |
| 20. PROV FED POSTAL EMPLOYEES CU CHECK\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 21. BROKERAGE ACCOUNT # 3 | | None | | | | | | | |
| 22. AIG (FORMERLY CONN MUTUAL LIFE INS CO) CSV INSURED ■ | | None | | | CASHED IN | 1-19 | K | | NAME CHANGE |
| 23. MASS MUTUAL (FORMERLY FRANKLIN LIFE INS) CSV- INSURED ■ | | None | | | CASHED IN | 1-19 | K | | NAME CHANGE |
| 24. METROPOLITAN LIFE INSURANCE CO CSV - INSURED ■ | | None | | | CASHED IN | 1-19 | J | | |
| 25. MUTUAL OF NEW YORK CSV - INSURED ■ | | None | | | CASHED IN | 1-19 | K | | |
| 26. PHOENIX MUTUTAL LIFE INS CO CSV | | None | | | CASHED IN | 1-19 | J | | |
| 27. BROKERAGE ACCOUNT # 4 | | None | | | | | | | |
| 28. BRISTOL COUNTY RI WATER MUNI BOND | B | Interest | K | T | | | | | |
| 29. BRISTOL WARREN RI REGIONAL SCHOOL DISTRICT MUNI BOND | B | Interest | K | T | | | | | |
| 30. MERRILL LYNCH CASH MNGMT ACCT. | B | Dividend | O | T | | | | | |
| 31. PAWTUCKET RI BOND MUNI BOND | C | Interest | L | T | | | | | |
| 32. PROVIDENCE RI PUBLIC BUILDINGS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 33. PUERTO RICO COMM PUB IMPROV BONDS MUNI BOND | C | Interest | K | T | | | | | |
| 34. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PR PUBLIC BUILDINGS AUTHORITY MUNI BOND | C | Interest | | | SELL | 7-2 | K | B | |
| 36. RHODE ISLAND - PROVIDENCE MUNI BOND | D | Interest | M | T | BUY | 6-27 | M | | |
| 37. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | D | Interest | L | T | | | | | |
| 38. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | E | Interest | M | T | PARTIAL SALE | 9-4 | L | D | |
| 39. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | D | Interest | L | T | | | | | |
| 40. RHODE ISLAND KENT COUNTY BOND MUNI BOND | A | Interest | J | T | | | | | |
| 41. RI PROV PLANTATIONS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 42. RHODE ISLAND CLEAN WATER BOND MUNI BOND | A | Interest | K | T | BUY | 2-13 | K | | |
| 43. WARWICK RI BOND MUNI BOND | A | Interest | K | T | | | | | |
| 44. BROKERAGE ACCOUNT # 5 | | None | | | | | | | |
| 45. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. DELL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | K | T | | | | | |
| 48. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 49. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 50. RHODE ISLAND HEALTH & EDUC BOND MUNI BOND | A | Interest | J | T | | | | | |
| 51. SMITH BARNEY CASH FUND | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | VERIGY LTD COMMON STOCK | A | Dividend | J | T | | | | | |
| 53. | WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 54. | BROKERAGE ACCOUNT # 6 | | None | | | | | | | |
| 55. | ANADARKO PETRO CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 56. | COLUMBIA TAX EXEMPT RESERVES CASH FUND | B | Dividend | J | T | | | | | |
| 57. | IDEARC, INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. | MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 59. | MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. | ONEOK, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 61. | PERKINELMER INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 62. | PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. | QWEST COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. | SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. | TEXTRON, INC. COMMON STOCK | B | Dividend | M | T | | | | | |
| 66. | UNION PAC CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 67. | VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | | | | | |
| 68. | WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BROKERAGE ACCOUNT # 7 | | None | | | | | | | |
| 70. ABBOTT LABS COMMON STOCK | A | Dividend | J | T | PARTIAL SELL | 4-25 | J | A | |
| 71. AT&T INC COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 72. ALLEGHENY TECHNOLOGIES INC COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 73. AMERICAN INTERN'L GROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 74. AMGEN INC COMMON STOCK | A | Dividend | J | T | PARTIAL SELL | 4-25 | J | A | |
| 75. APACHE CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 77. BANK OF AMERICA COMMON STOCK | A | Dividend | J | T | | | | | |
| 78. BED BATH & BEYOND COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 79. BROADBRIDGE FINANCIAL SOLUTIONS INC. COMMON STOCK | A | Dividend | | | SO & SELL | 6-8 | J | A | SPIN-OFF & SELL |
| 80. CBS COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 81. CISCO SYS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 82. CITIADEL BROADCASTING CORP COMMON STOCK | A | Dividend | | | SO & SELL | 6-21 | J | A | SPIN-OFF & SELL |
| 83. CIT GROUP INC. COMMON STOCK | A | Dividend | | | BUY & SELL | 11-26 | J | A | BOUGHT & SOLD DURING YEAR |
| 84. CITIGROUP INC COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 85. COMPANHIA VALE DO RIO DOCE COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DISNEY WALT CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 87. DISCOVER FINANCIAL SERVICES COMMON STOCK | A | Dividend | J | T | SPIN-OFF | 7-2 | J | | |
| 88. EXELON CORP COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 89. EXXON MOBIL CORP COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 4-25 | J | A | |
| 90. GENERAL ELECTRIC CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 91. GOLDMAN SACHS GROUP, INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 92. HOME DEPOT INC. COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 93. HONEYWELL INTL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 94. HOSPIRIA INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 95. IDEARC INC. COMMON STOCK | A | Dividend | | | SELL | 1-11 | J | A | |
| 96. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 97. ISAHRES MSCI EAFE INDEX FD COMMON STOCK | B | Dividend | K | T | BUY | 11-30 | K | | |
| 98. ISHARES S&P MID CAP COMMON STOCK | A | Dividend | K | T | BUY | 11-29 | K | | |
| 99. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 4-25 | J | A | |
| 100. LILLY ELI & CO COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 101. MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 4-25 | J | A | |
| 102. MELLON NTL INTER MUNI BONDS | B | Interest | K | T | BUY | 4-25 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MORGAN STANLEY DEAN WITTER & CO. COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 4-25 | J | A | |
| 104. NEWS CORP INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 105. OMNICOM GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 106. ORACLE CORP. COM COMMON STOCK | A | Dividend | J | T | | | | | |
| 107. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 4-25 | J | A | |
| 108. PRAXIR INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 109. PFIZER INC COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 110. PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 4-25 | J | A | |
| 111. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. QUALCOMM INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. SANOFI SYNTHELABO SPON ADR COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 114. SCHERING PLOUGH CORP. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 115. SCHLUMBERGER LTD COMMON STOCK | A | Dividend | K | T | PARTIAL SALE | 4-25 | J | A | |
| 116. SEMPRA ENERGY COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 117. STAPLES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 118. TARGET CORP. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 119. THERMO FISHER SCIENTIFIC INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1.001 - $2,500 G =$100,001 - $1.000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5.001 - $15,000 H2 =More than $5,000.000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 121. UNTIEDHEALTH GROUP INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 122. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 123. VIACOM INC CL B COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 124. WALMART STORES INC COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 4-25 | J | A | |
| 125. WALGREEN CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. WELLS FARGO & CO INC. COMMON STOCK | A | Dividend | J | T | BUY | 4-25 | J | | |
| 127. ZIMMER HOLDINGS COMMON STOCK | A | Dividend | | | SELL | 4-25 | J | A | |
| 128. 3M CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 129. RI HEALTH & ED BLDG MUNI BOND | D | Interest | M | T | | | | | |
| 130. MELLON MID CAP STOCK FUND MUTUAL FUND | A | Dividend | | | SELL | 4-25 | J | A | |
| 131. MELLON INTERNATIONAL FUND MUTUAL FUND | A | Dividend | | | BUY & SELL | 11-30 | K | A | BOUGHT & SOLD DURING YEAR |
| 132. MELLON MONEY MARKET CASH FUND | A | Interest | K | T | | | | | |
| 133. BROKERAGE ACCOUNT # 8 | | None | | | | | | | |
| 134. COLUMBIA MUNICIPAL RESERVES CASH | A | Interest | L | T | OPENED | 1-1 | L | | |
| 135. RI CONS CAP DEV MUNI BOND | A | Interest | | | SELL | 8-1 | M | A | |
| 136. RI HEALTH & EDL BLDG MUNI BOND | B | Interest | | | SELL | 9-4 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. RI STATE ECO DEVELOPMENT BOND MUNI BOND | B | Interest | L | T | BUY | 6-15 | L | | |
| 138. BROKERAGE ACCOUNT # 9 | | None | | | | | | | |
| 139. ESTATE # 1 - ROHM & HAAS COMMON STOCK (X) | E | Dividend | | | SELL | 4-18 | P1 | G | |
| 140. ESTATE # 2 - ROHM & HAAS COMMON STOCK (X) | E | Dividend | P1 | T | PARTIAL SALE | 11-1 | P1 | F | |
| 141. ESTATE # 2 - SUNTRUST CHECKING ACCOUNT ORLAND, FL (X) | B | Interest | M | T | | | | | |
| 142. ESTATE # 2 - BANK OF AMERICA SAVINGS ACCOUNT (X) | A | Interest | J | T | | | | | |
| 143. ESTATE # 2 - CONDO HOLLYWOOD, FL (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544